FILED
 2025 Aug-29 PM 02:42
U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **YOMARA N. CANEDO AVENA,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:24-cv-01292-AMM-NAD |
| **KIMBERLY NEELY, Warden,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Yomara N. Canedo Avena filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. On June 5, 2025, the magistrate judge entered a report recommending that the court deny the petition. Doc. 10. Although the magistrate judge advised the parties of their rights to file objections to the report and recommendation within fourteen days, *id*. at 8–9, that time expired without the court receiving any objections.

The court has carefully reviewed and considered *de novo* all the materials in the court file. In reviewing the report and recommendation, the court noted the concern that Ms. Canedo Avena may no longer be in BOP custody, Doc. 10 at 4 n.1, and the report and recommendation was returned to the court as undeliverable, Doc. 11. The court's independent efforts to determine Ms. Canedo Avena's location have confirmed that she is no longer in BOP custody. The court therefore lacks

jurisdiction to consider her petition, *see Djadju v. Vega*, 32 F.4th 1102, 1108–09 (11th Cir. 2022), and Ms. Canedo Avena's petition should be **DISMISSED** as **MOOT**.

A final judgment will be entered.

**DONE** and **ORDERED** this 29th day of August, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE